# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143070

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

IMER GASHI,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143070
COA: 302520
Kent CC: 10-005121-FC

On order of the Court, the application for leave to appeal the April 4, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919